**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 12-10192 |
| Plaintiff - Appellee, | 12-10193 |
| v. | D.C. Nos. 2:12-cr-00072-FJM |
| | 2:07-cr-01409-FJM |
| JUAN CARLOS CASTILLO-LOPEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Frederick J. Martone, District Judge, Presiding

Submitted June 10, 2013[**]

Before:     HAWKINS, McKEOWN, and BERZON, Circuit Judges.

In these consolidated appeals, Juan Carlos Castillo-Lopez appeals his

guilty-plea conviction and 24-month sentence for reentry of a removed alien, in

violation of 8 U.S.C. § 1326; and the revocation of supervised release and

consecutive 15-month sentence imposed upon revocation. Pursuant to *Anders v.*

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), Castillo-Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Castillo-Lopez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Castillo-Lopez has waived his right to appeal his conviction and sentence, and his right to appeal the revocation of supervised release and the sentence imposed upon revocation. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**